KEITH R. SCHIRMER. (Bar No. 87691
OWEN T. ROONEY, ESQ. (Bar No. 127830)      [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300

Attorney for Defendants
COUNTY OF ALAMEDA, PATRICK KERNS, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GREGORY J. AHERN and J. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| TERRELL ANTHONY RAY,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>　　　Defendant.<br>_____/ | Case No.  3-14-CV-1934 CRB<br><br>**STIPULATION  AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Early Neutral Evaluation with Patrick Robbins was initially scheduled for December 10, 2014.  Mr. Robbins developed a calendar conflict which necessitated the Early Neutral Evaluation being continued to January 8, 2015.

　　　It is hereby stipulated and ordered that the Case Management Conference currently scheduled for December 12, 2014 be continued to January 16, 2015 at 8:30 a.m. in Courtroom 6.

DATED: December 5, 2014　　　　　　　　EDRINGTON, SCHIRMER & MURPHY LLP


　　　　　　　　　　　　　　　　　　　By:　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Owen T. Rooney

///

///

1

Case No. 3-14-CV-1934CRB – Stipulation and Order

| | | |
|---|---|---|
| 1 | DATED: December 5, 2014 | LAW OFFIES OF PANOS LAGOS |
| 2 | | |
| 3 | | By:  /s/<br>Panos Lagos |

**IT IS SO ORDERED**

DATED: December 9, 2014

By: _____

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" Judge Charles R. Breyer]*

2

Case No. 3-14-CV-1934CRB – Stipulation and Order