KEITH R. SCHIRMER. (Bar No. 87691
OWEN T. ROONEY, ESQ. (Bar No. 127830)         [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300

Attorney for Defendants
COUNTY OF ALAMEDA, PATRICK KERNS, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GREGORY J. AHERN and J. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| TERRELL ANTHONY RAY, | Case No.  3-14-CV-1934 CRB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al. | |
| Defendant. | |

Plaintiff, TERRELL ANTHONY RAY, by and through his undersigned attorney of record, and defendants COUNTY OF ALAMEDA, PATRICK KERNS, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GREGORY J. AHERN and J. SMITH, through their undersigned attorney of record, hereby stipulate and request this court's order as follows:

1.   This mater settled at the Early Neutral Evaluation on January 8, 2015.  The parties request that the Case Management Conference on January 15, 2015 be continued sixty days to allow the release to be signed and a dismissal filed.

IT IS SO STIPULATED.

DATED: January 9, 2015                    LAW OFFICES OF PANOS LAGOS

                                          By _____/s/_____
                                             Panos Lagos, Esq.

1

Case No. 3-14-CV-1934CRB – Stipulation and [Proposed] Order Extending ENE Deadline

1 | DATED: January 9, 2015                        EDRINGTON, SCHIRMER & MURPHY LLP

2

3                                                  By:    _____/s/_____
                                                          Owen T. Rooney
4

5                                                  **IT IS SO ORDERED**

6

7 | DATED: January 12, 2015

8                                                  By_____
                                                      Honorable Charles R. Breyer
9                                                     Senior United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*