LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
TERRELL ANTHONY RAY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL ANTHONY RAY, | Case No.: 3:14-cv-01934-CRB |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [FRCP 41(a)(1)] |
| v. | |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GREGORY J. AHERN, in his capacity as Sheriff of the ALAMEDA COUNTY SHERIFF'S DEPARTMENT, PATRICK L. KERNS (BADGE #202185), individually and in his capacity as a Deputy for the ALAMEDA COUNTY SHERIFF'S DEPARTMENT, J. SMITH (BADGE #1532), individually and in his capacity as a Deputy for the ALAMEDA COUNTY SHERIFF'S DEPARTMENT, and DOES 1 – 200, jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action, having been settled by agreement of the parties, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

Dated: February 9, 2015               LAW OFFICES OF PANOS LAGOS


                                      /s/PANOS LAGOS
                                      Panos Lagos, Esq.
                                      Attorney for Plaintiff,
                                      TERRELL ANTHONY RAY

STIPULATION [AND ORDER] OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]

1    Dated: February 9, 2015                EDRINGTON, SCHIRMER & MURPHY

2                                                       /s/

3    _____

4                                           By: Owen T. Rooney, Esq.
                                            Attorneys for Defendants,
5                                           ALAMEDA COUNTY SHERIFF'S DEPARTMENT,
                                            PATRICK KERNS, and
6                                           J. SMITH

7                    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

8

9    Dated: February  11, 2015
                                            _____
10                                          HON. CHARLES R. BREYER
                                            SENIOR DISTRICT JUDGE
11

12   

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION [AND ORDER] OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]

*Ray v. County of Alameda, et al.*
USDC (N.D. Cal.) Case No.: 3:14-cv-01934-CRB                                    - 2 –